UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| EAGLE TALON, INC., an Idaho corporation; EDSTROM CONSTRUCTION, INC., an Idaho corporation; UNITED STATES OF AMERICA, FOR THE USE OF EAGLE TALON, INC. and EDSTROM CONSTRUCTION, INC., <br><br>      Plaintiffs, <br><br>  v. <br><br>EAI INTERNATIONAL, INC., a California corporation; JAMES E. ZOUCHA, an individual; AA COMMUNICATIONS, INC., a Nevada corporation; HIBERNIA CORPORATION d/b/a HIBERNIA NATIONAL BANK, a Louisiana corporation, <br><br>      Defendants. | NO. CIV. 2:06-CV-00229 FCD DAD <br><br><br>ORDER |

----oo0oo----

    This matter comes before the court on defendant AA COMMUNICATIONS, INC.'s motion to dismiss plaintiffs' complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil

1

1 | Procedure.  In response, plaintiffs filed a notice of non-
2 | opposition to defendant's motion.  Thus, the court does not
3 | address the merits of the motion, and defendant AA COMMUNICATION,
4 | INC.'s motion to dismiss is GRANTED.
5 |      IT IS SO ORDERED.
6 | DATED: August 23, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE