Michael D. Gaffney, ISB No. 3558
Beard St. Clair P.A.
2105 Coronado Street
Idaho Falls, Idaho 83404
Telephone: (208) 523-5171
Facsimile: (208) 529-9732
gaffney@beardstclair.com

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EAGLE TALON, INC., an Idaho corporation; EDSTROM CONSTRUCTION, INC., an Idaho corporation; UNITED STATES OF AMERICA, FOR THE USE OF EAGLE TALON, INC., an Idaho corporation; and EDSTROM CONSTRUCTION, INC., an Idaho corporation,<br><br>       Plaintiffs,<br><br>   v.<br><br>EAI INTERNATIONAL, INC., A CALIFORNIA CORPORATION; JAMES E. ZOUCHA, AN INDIVIDUAL; AA COMMUNICATIONS, INC., A NEVADA CORPORATION; HIBERNIA CORPORATION D/B/A HIBERNIA NATIONAL BANK, a Louisiana corporation,<br><br>       Defendants. | CASE NO. 2:06-cv-00229-FCD-DAD<br><br>**ORDER OF DISMISSAL**<br><br>Hon. Frank C. Damrell, Jr.<br><br>Date:       April 16, 2007<br>Courtroom:  2 |

The Court has reviewed the Stipulation filed on April 18, 2007 in the above matter.

Accordingly, IT IS ORDERED that: This matter is dismissed without prejudice; and each party is to bear its own costs.

Dated: April 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE